

# Mason Tenders District Council
## OF GREATER NEW YORK & LONG ISLAND

**Haluk Savci**

ASSOCIATE GENERAL COUNSEL

hsavci@masontenders.org

January 11, 2016

**BY ECF**

The Honorable Richard J. Sullivan
United States District Judge
40 Foley Square
New York, NY 10007

Re:  *Mason Tenders District Council of Greater NY v. Concord Construction of NY, Inc.*, 15 CV 9411 (RJS)

Dear Judge Sullivan:

I write on behalf of Plaintiff Mason Tenders District Council of Greater New York ("Plaintiff") in the above-captioned action. This matter is one to enforce an arbitration award against Concord Construction of NY ("Defendant") brought under the terms of an existing collective bargaining agreement between the parties.

Plaintiff attempted to serve Defendant with its Notice and Complaint on December 17, 2015 at the Defendant's last known address. Apparently, the individual at the address refused to accept service. Plaintiff's mailing of the Court's Order was returned undelivered. No answer has been filed nor has any representative of Defendant contacted this office.

Given the above, Plaintiff would request a month adjournment of the January 15, 2016 status conference in order to serve the Complaint as well as any Order from the Court on Defendant on its agent for service of process at the Office of the Secretary of State where Defendant is listed as an active corporation. I would further note the Secretary's address for service of process is identical to the address served by Plaintiff

Respectfully,

Haluk Savci
Plaintiff's Counsel

CC: Concord Construction of NY Inc.
1552 West 2nd Street
Brooklyn, NY 11204